# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>LUIS FERNANDO HERRERA-LUNA<br>*Defendant(s)* | )<br>)<br>)  Case No. 4:25 MJ 7018 SPM<br>)<br>)  SIGNED AND SUBMITTED TO THE COURT FOR<br>)  FILING BY RELIABLE ELECTRONIC MEANS<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 16, 2025 in the county of St. Louis County in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a) | Illegal re-entry of alien |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.     **I state under the penalty of perjury that the foregoing is true and correct.**

DWAYNE E HAFERKAMP *Digitally signed by DWAYNE E HAFERKAMP Date: 2025.02.18 17:17:40 -06'00'*

*Complainant's signature*

Special Agent Dwayne Haferkamp, HSI

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 02/19/2025

*Judge's signature*

City and state: St. Louis, Missouri     Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*